USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re NOKIA ERISA LITIGATION

10 **CIVIL** 3306 (GBD)

------------------------------------------------------------X

**JUDGMENT**

Whereas this Court having dismissed Plaintiff's First Consolidated Complaint for failure to state a claim pursuant to Fed. R. Civ. 12(b)(6) but permitted Plaintiffs to move to file an amended complaint, if amendment would not be futile; Plaintiffs having moved for leave to amend, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on September 13, 2012, having rendered its Memorandum Decision and Order denying Plaintiffs' motion for leave to file the Amended Consolidated Complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 13, 2012, Plaintiffs' motion for leave to file the Amended Consolidated Complaint is denied.

**Dated:** New York, New York
September 14, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____